# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES W. SCHARF, STEVEN D. BLACK, MARK A. CHANCY, CELESTE A. CLARK, THEODORE F. CRAVER, JR., RICHARD K. DAVIS, WAYNE M. HEWETT, DONALD M. JAMES, CECELIA G. MORKEN, MARIA R. MORRIS, FELICIA F. NORWOOD, CHARLES H. NOSKI, RICHARD B. PAYNE, JR., JUAN A. PUJADAS, RONALD L. SARGENT, AND SUZANNE M. VAUTRINOT<br><br>          Movants,<br><br>   v.<br><br>ON POINT INVESTIGATIONS, LLC<br><br>          Respondent. | Case No. |

## INDIVIDUAL DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR PRODUCTION OF DOCUMENTS AND TESTIMONY

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 37.1 of the U.S. District Court for the District of Massachusetts, Movants Charles W. Scharf, the Chief Executive Officer and President of Wells Fargo & Company, and Steven D. Black, Mark A. Chancy, Celeste A. Clark, Theodore F. Craver, Jr., Richard K. Davis, Wayne M. Hewett, Donald M. James, Cecelia G. Morken, Maria R. Morris, Felicia F. Norwood, Charles H. Noski, Richard B. Payne, Jr., Juan A. Pujadas, Ronald L. Sargent, and Suzanne M. Vautrinot, each of whom is a defendant (collectively, the "Individual Defendants") in a shareholder derivative suit pending in the United States District Court for the Northern District of California

(the "Issuing Court"), captioned *In re Wells Fargo & Co. Hiring Pracs. Derivative Litig.*, No. 3:22-cv-05173-TLT (N.D. Cal.) (the "Action"), hereby file this motion ("Motion") to compel non-party On Point Investigations, LLC ("On Point") to comply with the subpoenas served on it to produce documents and provide 30(b)(6) testimony. The bases for the Individual Defendants' Motion are set forth in the accompanying Memorandum of Law and Declaration of Mark E. McDonald.

WHEREFORE, for these reasons and as further set forth in the accompanying Memorandum of Law and Declaration of Mark E. McDonald, and the exhibits thereto, the Individual Defendants seek an Order compelling On Point to comply with the Subpoenas, produce responsive documents within seven (7) days, and testify at a 30(b)(6) deposition within fourteen (14) days.

Dated: July 24, 2025
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Abena Mainoo*

Abena Mainoo (BBO# 677622)
Victor L. Hou (*pro hac vice forthcoming*)
Mark E. McDonald (*pro hac vice forthcoming*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: amainoo@cgsh.com
vhou@cgsh.com
memcdonald@cgsh.com

Jennifer Kennedy Park (*pro hac vice forthcoming*)
1841 Page Mill Rd. Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130
Email: jkpark@cgsh.com

*Attorneys for Movant
Charles W. Scharf*

WILLKIE FARR & GALLAGHER LLP

By: */s/ John D. Mitchell*

---

John D. Mitchell (BBO# 662806)
300 North LaSalle Dr.
Chicago, IL 60654-3406
Telephone:   (312) 728-9000
E-mail:   jmitchell2@willkie.com

Todd G. Cosenza (*pro hac vice forthcoming*)
Charles Cording *(pro hac vice forthcoming)*
Zeh S. Ekono *(pro hac vice forthcoming)*
Patricia O. Haynes *(pro hac vice forthcoming)*
Amanda M. Payne *(pro hac vice forthcoming)*
787 Seventh Avenue
New York, NY 10019-6099
Telephone:   (212) 728-8000
E-mail:   tcosenza@willkie.com
             ccording@willkie.com
             zekono@willkie.com
             phaynes@willkie.com
             apayne@willkie.com

Alexander L. Cheney *(pro hac vice forthcoming)*
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:   (415) 858-7400
Facsimile:   (415) 858-7599
E-mail:   acheney@willkie.com

*Attorneys for Movants Steven D. Black, Mark A. Chancy, Celeste A. Clark, Theodore F. Craver, Jr., Richard K. Davis, Wayne M. Hewett, Donald M. James, Cecelia G. Morken, Maria R. Morris, Felicia F. Norwood, Charles H. Noski, Richard B. Payne, Jr., Juan A. Pujadas, Ronald L. Sargent, and Suzanne M. Vautrinot*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Movants hereby request oral argument on this motion.

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that the parties to this motion have conferred and have attempted in good faith to resolve and/or narrow the issues raised by this motion, but were unable to do so.

Dated: July 24, 2025

By: */s/ Abena Mainoo*

Abena Mainoo

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I caused the foregoing document to be served on the following counsel for On Point Investigations, LLC in accordance with Fed. R. Civ. P. 5(b)(2)(B)(i) via electronic mail:

Badge Humphries, Esq.
BHumphries@griffinhumphries.com
Griffin Humphries LLC
2113 Middle Street, Ste. 305
Sullivan's Island, SC 29482
Tel: 843-883-7444
Fax: 843-883-7462

By: */s/ Abena Mainoo*

Abena Mainoo