# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES W. SCHARF, STEVEN D. BLACK, MARK A. CHANCY, CELESTE A. CLARK, THEODORE F. CRAVER, JR., RICHARD K. DAVIS, WAYNE M. HEWETT, DONALD M. JAMES, CECELIA G. MORKEN, MARIA R. MORRIS, FELICIA F. NORWOOD, CHARLES H. NOSKI, RICHARD B. PAYNE, JR., JUAN A. PUJADAS, RONALD L. SARGENT, AND SUZANNE M. VAUTRINOT<br><br>        Movants,<br><br>        v.<br><br>ON POINT INVESTIGATIONS, LLC<br><br>        Respondent. | Case No. |

## DECLARATION OF MARK E. MCDONALD IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS FOR PRODUCTION OF DOCUMENTS AND TESTIMONY

I, Mark E. McDonald, declare under penalty of perjury as follows:

1. I am duly licensed and admitted to practice law in the State of New York, I have submitted an application to practice before this Court *pro hac vice* herewith, and I am a partner with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for Charles W. Scharf in the above-captioned proceeding. I respectfully submit this declaration in support of the Individual Defendants' *Memorandum of Law in Support of Individual Defendants' Motion to Compel Production of Documents and 30(b)(6) Testimony* (the "Memorandum of Law").

2. Attached hereto as Exhibits A–O are true and correct copies of the following documents, cited in the Memorandum of Law:

| Ex. | Document |
| --- | --- |
| A. | *In re Wells Fargo & Company Consolidated Derivative Shareholder Litigation*, Second Amended Consolidated Stockholder Derivative Complaint, No. 3:22-cv-05173-TLT (N.D. Cal. Oct. 3, 2024) (ECF No. 177) |
| B. | *In re Wells Fargo & Company Consolidated Derivative Shareholder Litigation*, Further Joint Case Management Statement, No. 3:22-cv-05173-TLT (N.D. Cal. July 10, 2025) (ECF No. 238) |
| C. | Individual Defendants' First Set of Interrogatories to Lead Plaintiffs (April 9, 2025) |
| D. | Lead Plaintiffs' Responses & Objections to Individual Defendants' First Set of Interrogatories (May 16, 2025) |
| E. | Email from Amanda Payne to Lead Plaintiffs (May 30, 2025) |
| F. | Individual Defendants' Notice of Non-Party Subpoena to On Point Investigations (June 11, 2025) |
| G. | Individual Defendants' Notice of Non-Party Subpoena for Deposition to On Point Investigations (June 12, 2025) |
| H. | Email from Badge Humphries to Individual Defendants (June 13, 2025) |
| I. | Email from Josh Littlejohn to Individual Defendants (June 16, 2025) |
| J. | Lead Plaintiffs' Amended Responses & Objections to Individual Defendants' First Set of Interrogatories (June 30, 2025) |
| K. | On Point's Responses & Objections to Individual Defendants' Notice of Non-Party Subpoena (June 25, 2025) |
| L. | On Point's Letter to Individual Defendants re: Notice of Non-Party Subpoena for Deposition (June 27, 2025) |
| M. | Letter from Individual Defendants to On Point (July 7, 2025) |
| N. | Letter from On Point to Individual Defendants (July 15, 2025) |
| O. | Email from Badge Humphries to Individual Defendants (July 9, 2025) |

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 24, 2025
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Mark E. McDonald*

Mark E. McDonald (*pro hac vice forthcoming*)

*Attorney for Movant*
*Charles W. Scharf*